**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Complaint and Petition of Wendy Smisek and David Smisek as Owners of a Certain 2006 Formula by Thunderbird F-353 FasTech Boat for Exoneration from or Limitation of Liability | No. CV-24-02563-PHX-ROS<br><br>**ORDER** |

      Plaintiffs as owners of a certain 2006 Formula by Thunderbird F-353 FasTech Boat, HIN TNRD5046G506 (the "Vessel"), move for a judgment exonerating them from liability arising out of a July 17, 2024 incident on the Colorado River (the "Motion"). (Doc. 9). For the reasons set forth below, the Motion is granted.

      On September 25, 2024, Plaintiff Wendy Smisek filed a Complaint for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. § 30501 et seq. and Rule 9(h) and Supplemental Admiralty Rule F of the Federal Rules of Civil Procedure. (Doc. 1). The Court ordered Plaintiff to file an amended complaint to comply with Supplemental Rule F. (Doc. 4). The Amended Complaint, filed on November 14, 2024, added an additional plaintiff, David Smisek, and corrected the deficiencies raised by the Court's previous order. (Doc. 5). Pursuant to the Court's Order of December 27, 2024, Plaintiffs published notice to potential claimants. (Doc. 7).

      No claim was filed within the proscribed time period, so the Court issued a show cause order why this action should not be dismissed for failure to prosecute. (Doc. 8). Plaintiffs filed this unopposed Motion. (Doc. 9). Attached to the Motion is the declaration

of Plaintiffs' attorney Taylor H. Allin, who declared Plaintiffs and potential claimants Heather Brooks, Bryan Brooks, Carly Brooks, Makena Brooks, and Jack Brooks, resolved their dispute and filed a notice of settlement and dismissal with prejudice in the San Bernadino County Superior Court, where the claimants filed suit against Plaintiffs. (Doc. 9-2 ¶ 4). Thus, Plaintiffs seek an order exoneration and judgment in their favor in this action.

Accordingly,

**IT IS ORDERED** Plaintiffs' Unopposed *Ex Parte* Application For Judgment Exonerating Plaintiffs (Doc. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to enter judgment in Plaintiffs' favor and close this case.

Dated this 6th day of June, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge